AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **26-cv-00561-SH**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Amazon Logistics, Inc. d/b/a Prime** was received by me on **9/11/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **United States Corporation Company BOC-3**, who is designated by law to accept service of process on behalf of **Amazon Logistics, Inc. d/b/a Prime** at **10300 Greenbriar Pl, Oklahoma City, OK 73159** on **09/11/2026 at 10:36 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 90.00** for services, for a total of **$ 90.00**.

I declare under penalty of perjury that this information is true.

Date: 09/11/2026

*Server's signature*

**David Simpson**

*Printed name and title*

**1333 Windsurf Way**
**Oklahoma City, OK 73127**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to United States Corporation Company BOC-3, Agent for Service of Process with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**

Tracking #: **0241313738**